## DICKSON v. RUCHO

[367 N.C. 817 (2015)]

MARGARET DICKSON, ALICIA
CHISOLM, ETHEL CLARK,
MATTHEW A. McLEAN, MELISSA
LEE ROLLIZO, C. DAVID GANTT,
VALERIA TRUITT, ALICE GRAHAM
UNDERHILL, ARMIN JANCIS,
REBECCA JUDGE, ZETTIE
WILLIAMS, TRACEY BURNS-VANN,
LAWRENCE CAMPBELL, ROBINSON
O. EVERETT, JR., LINDA GARROU,
HAYES McNEILL, JIM SHAW,
SIDNEY E. DUNSTON, ALMA
ADAMS, R. STEVE BOWDEN,
JASON EDWARD COLEY, KARL
BERTRAND FIELDS, PAMLYN
STUBBS, DON VAUGHAN, BOB
ETHERIDGE, GEORGE GRAHAM, JR.,
THOMAS M. CHUMLEY, AISHA DEW,
GENEAL GREGORY, VILMA LEAKE,
RODNEY W. MOORE, BRENDA
MARTIN STEVENSON, JANE
WHITLEY, I.T. ("TIM") VALENTINE,
LOIS WATKINS, RICHARD JOYNER,
MELVIN C. McLAWHORN, RANDALL S.
JONES, BOBBY CHARLES TOWNSEND,
LBERT KIRBY, TERRENCE WILLIAMS,
NORMAN C. CAMP, MARY F. POOLE,
STEPHEN T. SMITH, PHILIP A.
BADDOUR, and DOUGLAS A. WILSON

v.

ROBERT RUCHO, in his official capacity
only as the Chairman of the North
Carolina Senate Redistricting
Committee; DAVID LEWIS, in his
official capacity only as the Chairman
of the North Carolina House of
Representatives Redistricting
Committee; NELSON DOLLAR,
in his official capacity only as the
Co-Chairman of the North Carolina
House of Representatives Redistricting
Committee; JERRY DOCKHAM, in his
official capacity only as the Co-Chairman
of the North Carolina House of
Representatives Redistricting
Committee; PHILIP E. BERGER, in his
official capacity only as the President
Pro Tempore of the North Carolina

From Wake County

**DICKSON v. RUCHO**

[367 N.C. 817 (2015)]

Senate; THOM TILLIS, in his official )
capacity only as the Speaker of the )
North Carolina House of )
Representatives; THE )
STATE BOARD OF ELECTIONS; and )
THE STATE OF NORTH CAROLINA )
)
)
)
NORTH CAROLINA STATE )
CONFERENCE OF BRANCHES OF )
THE NAACP, LEAGUE OF WOMEN )
VOTERS OF NORTH CAROLINA, )
DEMOCRACY NORTH CAROLINA, )
NORTH CAROLINA A. PHILIP )
RANDOLPH INSTITUTE, REVA McNAIR, )
MATTHEW DAVIS, TRESSIE STANTON, )
ANNE WILSON, SHARON HIGHTOWER, )
KAY BRANDON, GOLDIE WELLS, GRAY )
NEWMAN, YVONNE STAFFORD, )
ROBERT DAWKINS, SARA STOHLER, )
HUGH STOHLER, OCTAVIA RAINEY, )
CHARLES HODGE, MARSHALL )
HARDY, MARTHA GARDENHIGHT, )
BEN TAYLOR, KEITH RIVERS, ) ·
ROMALLUS O. MURPHY, CARL WHITE, )
ROSA BRODIE, HERMAN LEWIS, )
CLARENCE ALBERT, EVESTER BAILEY, )
ALBERT BROWN, BENJAMIN LANIER, )
GILBERT VAUGHN, AVIE LESTER, )
THEODORE MUCHITENI, WILLIAM )
HOBBS, JIMMIE RAY HAWKINS, )
HORACE P. BULLOCK, ROBERTA )
WADDLE, CHRISTINA DAVIS-McCOY, )
JAMES OLIVER WILLIAMS, MARGARET )
SPEED, LARRY LAVERNE BROOKS, )
CAROLYN S. ALLEN, WALTER ROGERS, )
SR., SHAWN MEACHEM, MARY GREEN )
BONAPARTE, SAMUEL LOVE, )
COURTNEY PATTERSON, WILLIE O. )
SINCLAIR, CARDES HENRY BROWN, )
JR., and JANE STEPHENS )
)
v. )
)
THE STATE OF NORTH CAROLINA; )
THE NORTH CAROLINA STATE )
CAROLINA STATE BOARD OF )
ELECTIONS; THOM TILLIS, in his )
official capacity as Speaker of the )
North Carolina House of )

**DICKSON v. RUCHO**

[367 N.C. 817 (2015)]

Representatives; and PHILIP E.          )
BERGER, in his official capacity as     )
President Pro Tempore of the North      )
Carolina Senate                         )

No. 201PA12-3

<u>ORDER</u>

On 20 April 2015, the United States Supreme Court Order List of 20 April 2015, posted on that Court's website, indicated that in the instant case, the Supreme Court granted certiorari, vacated the judgment of this Court, and remanded the matter for further consideration in light of *Alabama Legislative Black Caucus v. Alabama*, 575 U.S. ___, 135 S. Ct. 1257 (2015). *See* http://www.supremecourt.gov/orders/ordersofthecourt/14.

On 20 April 2015, plaintiffs filed in this Court their "Motion for Expedited Schedule on Remand."

On 27 April 2015, defendants filed in this Court their "Response to Plaintiffs' Motion for Expedited Schedule on Remand."

On 28 April 2015, plaintiffs filed in this Court their "Reply to Defendants' Response to Plaintiffs' Motion for Expedited Schedule on Remand."

On 5 May 2015, the Supreme Court of the United States e-mailed to this Court a certified copy of the mandate and a certified copy of the judgment in the instant case.

Pursuant to the mandate of the Supreme Court of the United States, Plaintiffs' Motion for Expedited Schedule on Remand is allowed as follows:

Further briefing and argument shall be limited to the applicability of *Alabama Legislative Black Caucus v. Alabama*, 575 U.S. ___, 135 S. Ct. 1257 (2015), to the case at bar.

Any supplemental material to be added to the Record on Appeal shall be due on or before 1 June 2015.

Plaintiffs' brief shall be due on or before 11 June 2015. Any motions to file amicus curiae briefs aligned with plaintiffs, along with the attached proposed briefs, shall be filed on or before that same date.

Defendants' brief shall be due on or before 13 July 2015. Any motions to file amicus curiae briefs aligned with defendants, along with the attached proposed briefs, shall be filed on or before that same date.

**DICKSON v. RUCHO**

[367 N.C. 817 (2015)]

Plaintiffs' reply brief, if any, shall be due on or before 27 July 2015.

Oral argument will be held on 31 August 2015.

This the 7th day of May, 2015.

s/Sam J. Ervin

For the Court